Arnold Roman Martinez, Petitioner v. The People of the State of Colorado, Respondent No. 22SC272
Supreme Court of Colorado, En Banc
October 24, 2022
 Court of Appeals Case No. 19CA1308 
 
 Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether an appellate court reviews a trial court's proximate cause determination for restitution purposes under an abuse of discretion standard. 
 Whether the prosecution proved this bike theft proximately caused the car damage for which the court awarded restitution. 
 DENIED AS TO ALL OTHER ISSUES. 
 JUSTICE BERKENKOTTER does not participate. 
 1